IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLYDE SPARKS**                                                                 **PLAINTIFF**

v.                    Case No. 4:10-cv-12-DPM

**LITTLE ROCK & WESTERN RAILWAY
COMPANY LP, a limited partnership;
and GENESSEE & WYOMING, INC.**                           **DEFENDANTS**

## JUDGMENT

Sparks's complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

13 June 2011